MARIA WYATT, Respondent, *v.* RUTH O. WYATT, Appellant.

Submitted January 24, 1952; decided March 13, 1952.

*Harry T. Thurschwell* for appellant.

*Louis Gorman* for respondent.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.